# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 69
Lujerio Cordero,
  Appellant,
   v.
Transamerica Annuity Service
Corporation, &c.,
   Respondent,
Transamerica Life Insurance
Company,
   Respondent,
et al.,
  Third-Party Defendants-
   Cross Defendants.

Brenton N. Ver Ploeg, for appellant.
Stephen R. Harris, for respondents.

Certification of question by the United States Court of Appeals for the Eleventh Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Chief Judge DiFiore and Judges Rivera, Garcia, Wilson, Singas, Cannataro and Troutman concur.

Decided June 14, 2022